United States District Court
for the
Southern District of Texas
Civil Division

*United States Courts, Southern District of Texas, FILED APR 14 2020, David J. Bradley, Clerk of Court*

Case No. _____

Derrick Derrail Turner
  Plaintiff

- v -

Harris County, Texas
  Defendant

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

In the wake of the pandemic novel coronavirus I feel that my life is in imminent danger due to not being able to make bail. Due to cramped conditions, under resourced medical care, unsanitary conditions, and it's impossible to enforce social distancing to prevent the spread of it. It's already spreading like wildfire among the jail population as well as the staff and there shouldn't be any needless suffering if there doesn't have to be. I don't wanna die in jail due to not being able to make bond. The coronavirus doesn't have specific category of people that it chooses to infect.

I. The Parties to This Complaint

A. The Plaintiff

    Derrick Derrail Turner
    Spn# 02557585
    1200 Baker St. 2B1
    Houston, TX 77002

B. The Defendants

    Defendant No. 1
        179th District Court Harris County, TX
        201 Caroline St.
        Houston, TX 77002
        ☐ Individual Capacity ☒ Official Capacity

    Defendant No. 2
        Harris County Probation & Supervision
        79 No. San Jacinto
        Houston, TX 77002
        ☐ Individual Capacity ☒ Official Capacity

II. Basis for Jurisdiction

A. Are you bringing suit against

☐ Federal Officials
☒ State or local officials

B. Right to Life, 8TH Amendment, Cruel and Unusual Punishment

III. Prisoner Status
☒ Pretrial detainee

IV. Statement Of Claim

A. In the Harris County Sheriff's Office 1200 Baker St. Houston, TX. around March 10, 2020 there was an outbreak of the deadly coronavirus among staff and inmates. Harris County is involved by setting a bond to high for me to afford.

B. Everything happened around March 10, 2020 if I'm not mistaking.

V. Injuries

VI. Relief

Immediate Relief, Temporary Restraining Order, Preliminary Injunctive Relief

VII. Exhaustion of Administrative Remedies Procedure

A. ☑ yes
Harris County Sherriff's Office
B. ☑ yes
C. ☑ Do not know
D. ☑ yes
E.
1. kiosk
2. Imminent threat of the coronavirus
3. Denied
4. Talk to the sergeant

F.
1. I filed one
2. Medical Personell at triage and I was placed in medical isolation giving a nose swab which came back negative.

VIII. Previous Lawsuits
☑ NO

A.

☒ No

C. ☒ No

IX. Certification and Closing

A. For Parties Without An Attorney

Date of signing April 8, 2020

*Derrick D. Turner*

Derrick D. Turner

SPN# 02557585

1200 Baker St. 2 B1 MHU

Houston, TX 77002

UNITED STATES DISTRICT COURT
Southern District for the of Texas

Derrick D. Turner
Plaintiff

v.

Harris County, Texas
Defendant/Respondent

Application To Proceed In District Court
Without Prepaying Fees Or Costs

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. I am being held at: Harris County Sherriffs Office 1200 Baker st. Houston, Tx. 77002 Cell 2B1