**HARRIS COUNTY SHERIFF'S OFFICE JAIL**
Name: Derrick Turner
SPN: 02557585   Cell: 2B1 MHU
Street: 1200 Baker St.
HOUSTON, TEXAS 77002





**INDIGENT**

United States Courts
Southern District of Texas
FILED

APR 14 2020

David J. Bradley, Clerk of Court

David J. Bradley
Clerk of Court
P.O. Box 61010
Houston, TX 77208

77208$1010 B001

U.S. POSTAGE
ZIP 77002 $
02 4W
0000368784